IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| EDWARD DANIEL RAMIREZ SOTO, | * | |
| Plaintiff, | * | |
| v. | * | CV 423-308 |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | * | |
| Defendant. | * | |

**O R D E R**

Presently pending before the Court is the Commissioner of Social Security's (the "Commissioner") motion for entry of judgment under sentence four of 42 U.S.C. § 405(g) with reversal and remand. (Doc. 11.) The Commissioner requests the Court remand the case to the Social Security Administration for further administrative proceedings. (Id. at 1.) Upon remand, the Commissioner will re-evaluate the prior administrative medical findings consistent with 20 C.F.R. § 401.1520c, further consider Plaintiff's residual functional capacity, take any necessary action to complete the administrative record, offer Plaintiff an opportunity for an additional hearing, and issue a new decision. (Id. at 1-2.) Plaintiff does not oppose the motion. (Id. at 2.)

Under sentence four of 42 U.S.C. § 405(g), "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision

of the Commissioner of Social Security, with or without remanding the case for a rehearing."

Upon due consideration, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **GRANTS** the Commissioner's motion. (Doc. 11.) The Commissioner's decision is **REVERSED**, and this action is **REMANDED** for further proceedings. The Clerk **SHALL ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, **REMAND** this action to the Commissioner for further proceedings, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA