UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDWARD DANIEL RAMIEREZ-SOTO, )<br><br>Plaintiff, )<br><br>v. )<br><br>MARTIN J. O'MALLEY, )<br><br>Defendant. ) | CV423-308 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 21), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, (doc. no. 21), and Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**, (doc. no. 19). For the reasons explained in the R&R, Plaintiff's counsel is awarded $13,263.00 in attorney's fees under 42 U.S.C. § 406(b).

**ORDER ENTERED** at Augusta, Georgia, this 25th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA